FILED: March 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1117
(3:23-cv-00753-DJN)

_____

HAMILTON HALL SWART, III; RICHARD EARL DASILVA

　　　　Plaintiffs - Appellants

v.

JASON S. MIYARES; HAROLD W. CLARKE

　　　　Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk